[No. 4256–II.   Division Two.   June 30, 1981.]

LAURENCE O. BARRETT, *Respondent,* v. PAUL
LAPIERRE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 277966, Arthur W. Verharen, J., entered August 31, 1979. *Reversed* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.

[No. 3955–II.   Division Two.   June 30, 1981.]

MATHEWS GLASS COMPANY, INC., *Respondent,* v. HOAGLAND,
INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 24510, Tyler C. Moffett, J., entered March 6, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 4459–II.   Division Two.   June 30, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE
P. NYE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. 12947, Frank E. Baker, J., entered December 10, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.